PER CURIAM.
Affirmed. See Salmon v. State, 755 So.2d 148 (Fla. 3d DCA 2000); Tejada v. Roberts, — So.2d -, 2000 WL 201200 (Fla. 3d DCA Case no. 3D99-1432, opinion filed, February 23, 2000); Taylor v. Public Health Trust, 546 So.2d 733 (Fla. 3d DCA 1989), review denied, 557 So.2d 867 (Fla.1989); Sears, Roebuck & Co. v. McKenzie, 502 So.2d 940 (Fla. 3d DCA 1987), review denied, 511 So.2d 299 (Fla.1987); Jimenez v. Gulf & Western Mfg. Co., 458 So.2d 58 (Fla. 3d DCA 1984); Lynch v. McGovern, 270 So.2d 770 (Fla. 4th DCA 1972), cert. dismissed, 277 So.2d 786 (Fla.1973).